IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRACY CHARLES, ET AL.                :                CIVIL ACTION
                                                         :
     v.                                         :
                                                         :
PROGRESSIONS BEHAVIORAL HEALTH  :
SERVICES, INC.                                 :                NO. 17-2439

## **ORDER**

**AND NOW**, this 16th day of April, 2018, upon consideration of Defendant's Motion to Dismiss (Docket No. 40), and all documents filed in connection therewith, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

                                            BY THE COURT:

                                            /s/ John R. Padova, J.

                                            John R. Padova, J.