**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------

| | | |
|---|---|---|
| TRACY CHARLES, et al. | : | |
| | : | CIVIL ACTION NO.: 17-02439 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PROGRESSIONS BEHAVIORAL | : | |
| HEALTH SERVICES, INC., et al. | : | |
| | : | |
| Defendants. | : | |

---------------------------------------------------

**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER**
**APPROVING THE SETTLEMENT AGREEMENT**
**AND GRANTING SERVICE AWARDS**

The Named Plaintiffs, Tracy Charles, Shanna Griffin, and Antonio Simon ("Plaintiffs" or "Class Representatives"), individually and on behalf of all the fifty-nine (59) Opt-In Plaintiffs ("Opt-In Plaintiffs") they represent (collectively with Plaintiffs, "Class Members"), by and through their undersigned counsel of record ("Plaintiffs' Counsel" or "Class Counsel"), hereby move before this Honorable Court for an Order:

1.    Approving the Joint Stipulation of Settlement and Release entered into between Plaintiffs and Defendants Progressions Behavioral Health Services, Inc. and Progressions Companies, Inc. ("Defendants"); and

2.    Granting Service Awards to the Class Representatives.

Plaintiffs' arguments in support of this Motion are more fully explained in the accompanying Memorandum of Law and attached exhibits, which are incorporated into this Motion by reference.

Respectfully submitted,

**MURPHY LAW GROUP, LLC**

By:    /s/ Michael Groh
Michael Murphy, Esq.
Michael Groh, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
TEL: 267-273-1054
FAX: 215-525-0210
murphy@phillyemploymentlawyer.com
mgroh@phillyemploymentlawyer.com
Attorneys for Plaintiff

Dated: June 7, 2019

## <u>CERTIFICATE OF SERVICE</u>

I, Michael Groh, Esquire, hereby certify that on June 7, 2019, I caused a true and correct copy of the foregoing to be filed via ECF filing, which will send notification of such filing to the following counsel:

Susan M. Valinis, Esq.
Molly C. Reilly, Esq.
Reilly, McDevitt & Henrich P.C.
One South Penn Square
Philadelphia, PA 19107
TEL: 215-972-5200
FAX: 215-972-0405
svalinis@rmh-law.com
mreilly@rmh-law.com
Attorneys for Defendants

                                     /s/ Michael Groh
                                     Michael Groh, Esq.

Dated: June 7, 2019